not yet prepared to say that there is no set of facts that would entitle him to relief. I would permit petitioner to proceed *in forma pauperis,* grant the petition, vacate the order of the Court of Appeals, and remand the case with instructions to allow petitioner an adjudication on the merits of his complaint.

No. 78–6187. MUNIZ *v.* TEXAS. Ct. Crim. App. Tex; and No. 78–6500. WAYE *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 78–6549. GULLY ET AL. *v.* KUNZMAN, JUDGE, ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 78–1284. BUB DAVIS PACKING CO., INC. *v.* UNITED STATES, 441 U. S. 931;

No. 78–1367. COOK *v.* MUSKINGUM WATERSHED CONSERVANCY DISTRICT, 441 U. S. 924; and

No. 78–6472. DISILVESTRO *v.* VETERANS' ADMINISTRATION, 441 U. S. 936. Petitions for rehearing denied.

No. 78–6206. MUNDY *v.* DIRECTOR, DEPARTMENT OF CORRECTIONS, TAZEWELL, VIRGINIA, 441 U. S. 910. Petition for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.